IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

| | |
|---|---|
| In re: | Chapter 7 |
| RFS ECUSTA INC. and <br> RFS US INC., | Case Nos. 03-10358 (GRH) <br> and 03-10360 (GRH) |
| Debtors. | (Jointly Administered) |
| LANGDON M. COOPER, <br> as Chapter 7 Trustee for the estates of <br> RFS ECUSTA INC. AND RFS US INC., | Case No. 3:05-cv-214-MU |
| Plaintiff, | Adv. Pro. No. 04-3233 (GRH) |
| v. | |
| NATHU RAM PURI, et al., | |
| Defendants. | |
| LANGDON M. COOPER, <br> as Chapter 7 Trustee for the estates of <br> RFS ECUSTA INC. AND RFS US INC., | Case No. 3:05-cv-213-MU |
| Plaintiff, | Adv. Pro. No. 04-3232 (GRH) |
| v. | |
| P.H. GLATFELTER COMPANY, et al., | |
| Defendants. | |

## ORDER TO UNSEAL

Upon the Motion of the Plaintiff, Langdon M. Cooper, as Chapter 7 Trustee (the "Trustee") for the Estates of RFS Ecusta Inc. ("Ecusta") and RFS US Inc., ("RFS", and together

with Ecusta the "Debtors") to unseal the documents filed in the above captioned cases on 21 February 2007, *i.e.*, the Motion for Temporary Restraining Order, Preliminary Injunction, and Attachment (the "TRO Motion"), the Declaration of Langdon M. Cooper in Support of the TRO Motion, the Memorandum of Law in Support of the TRO Motion, and the Temporary Restraining Order and Order of Attachment, and any and all other documents filed related to any of the foregoing and any subsequent pleadings related to the foregoing; it is, hereby

**ORDERED** that the above referenced documents are unsealed and the Clerk of Court is authorized to provide notice, electronically or otherwise of the contents thereof for these documents as well as any subsequent pleadings related to the foregoing.

Dated: Charlotte, North Carolina
February 28, 2007

Graham C. Mullen
United States District Judge