IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION

---------------------------------------------------------- X
In re:                                                     :    Chapter 7
                                                           :
RFS ECUSTA INC. and                                        :    Case Nos.    03-10358 (GRH)
RFS US INC.,                                               :    and          03-10360 (GRH)
                                                           :
           Debtors.                                        :    (Jointly Administered)
                                                           :
---------------------------------------------------------- X
LANGDON M. COOPER,                                         :
as Chapter 7 Trustee for the estates of                    :    Case No. 3:05-cv-214-MU
RFS ECUSTA INC. AND RFS US INC.,                           :
                                                           :
           Plaintiff,                                      :    Adv. Pro. No. 04-3233 (GRH)
                                                           :
      v.                                                   :
                                                           :
NATHU RAM PURI, et al.,                                    :
                                                           :
           Defendants.                                     :
                                                           :
---------------------------------------------------------- X
LANGDON M. COOPER,                                         :
as Chapter 7 Trustee for the estates of                    :    Case No. 3:05-cv-213-MU
RFS ECUSTA INC. AND RFS US INC.,                           :
                                                           :
           Plaintiff,                                      :    Adv. Pro. No. 04-3232 (GRH)
                                                           :
      v.                                                   :
                                                           :
P.H. GLATFELTER COMPANY, et al.,                           :
                                                           :
           Defendants.                                     :
                                                           :
---------------------------------------------------------- X

**ORDER AUTHORIZING REGISTRY FUNDS
TO BE HELD IN INTEREST BEARING ACCOUNTS**

This matter came on to be heard upon Motion of the Plaintiff/Trustee for the transfer to interest bearing accounts of any registry funds received by the Court with regard to the above referenced cases; and it appearing to be in the best interest of the estates; it is, therefore

**ORDERED** that any registry funds received by the Court with regard to the above referenced cases be transferred immediately upon receipt to interest bearing accounts

Signed: March 8, 2007

Graham C. Mullen
United States District Judge